GEORGE S. CARDONA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM, CSBN 147248
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone: (213)894-2446
    Facsimile: (213)894-7819
    Email: Cedina.Kim@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA L. RODAS, | No. CV 07-35 AJW |
| Plaintiff, | ORDER ON STIPULATION TO EXTEND DATES IN COURT'S CASE MANAGEMENT ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | Hon. ANDREW J. WISTRICH U.S. Magistrate Judge |
| Defendant. | |

Pursuant to the concurrently filed Stipulation, the parties' request for an extension of time is granted.  Defendant shall file the Answer by September 17, 2007, and the Joint Stipulation by November 21, 2007.

IT IS SO ORDERED.

    DATED: August 20, 2007

                /S/
        HON. ANDREW J. WISTRICH
        UNITED STATES MAGISTRATE JUDGE